No. 123. SOUTHERN EXPRESS COMPANY *v.* TERRY PACKING COMPANY. Error to the Supreme Court of the State of South Carolina. Argued November 24, 1922. Decided December 11, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Norfolk & Suburban Turnpike Co. v. Virginia*, 225 U. S. 264, 268; *Louisiana Navigation Co. v. Oyster Commission*, 226 U. S. 99, 101; *Schlosser* v. *Hemphill*, 198 U. S. 173, 176; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe*, 222 U. S. 185, 186. *Mr. J. Nelson Frierson,* with whom *Mr. Douglas McKay* was on the brief, for plaintiff in error. *Mr. Edward L. Craig* for defendant in error.

---

No. 109. COLONIAL BEACH COMPANY, OWNER AND CLAIMANT OF THE STEAMER ST. JOHNS, *v.* QUEMAHONING COAL COMPANY ET AL. On writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. Argued December 5, 6, 1922. Decided January 2, 1923. *Per Curiam.* Reversed with costs, and cause remanded to the District Court of the United States for the Eastern District of Virginia. *United States* v. *Carver, ante,* 482; *Piedmont & Georges Creek Coal Co.* v. *Seaboard Fisheries Co.*, 254 U. S. 1. *Mr. Hugh H. Obear,* with whom *Mr. Paul Dulaney* was on the brief, for petitioner. *Mr. Richard E. Preece* and *Mr. John Vance Hewitt* for respondents.